

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00839-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  February 8, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED

On December 29, 2016, Relator filed a petition for writ of mandamus complaining that the trial court had not ruled upon a motion he filed in September, 2016. This court abated the mandamus proceeding pursuant to the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

On January 27, 2017, Relator filed a motion to dismiss in which he stated the trial court ruled upon his motion on January 13, 2017. We order the abatement lifted and grant the motion to dismiss.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *The State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas.